```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12463
   DARREN E STORY
   ITASKER MITCHELL STORY                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0298    SSN XXX-XX-4829
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/02/06 and confirmed on 12/07/06.

2. The case was dismissed after confirmation, 06/27/2008.

3. The Debtor paid a total of $ 18473.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 14762.96 | .00 | 14762.96 |
| SEVENTH AVENUE | UNSECURED | 470.00 | .00 | .00 |
| MASTERS GREEN LAWN & TRE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 339.41 | .00 | .00 |
| CLERK OF CIRCUIT COURT C | PRIORITY | NOT FILED | .00 | .00 |
| COUNTRY COMPANIES INSURA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 344.93 | .00 | .00 |
| ILLINOIS DEPT OF PUBLIC | PRIORITY | NOT FILED | .00 | .00 |
| JASONS NURSERY & LANDSCA | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY & PATHOLOGY D | UNSECURED | NOT FILED | .00 | .00 |
| MOW IT ALL | UNSECURED | 298.14 | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN MATERNAL MEDICI | UNSECURED | NOT FILED | .00 | .00 |
| SUNSETTER PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| SURGICAL PRACTICE | UNSECURED | NOT FILED | .00 | .00 |

```
UNIFUND CCR PARTNERS       UNSECURED         496.25           .00           .00
AMERICAN CREDIT SYSTEM     UNSECURED       NOT FILED          .00           .00
RMI/MCSI                   UNSECURED         371.50           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        3228.53           .00           .00
PAYPAL                     UNSECURED       NOT FILED          .00           .00
MAGE & PRICE               UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED        1753.39           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         292.17           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         484.84           .00           .00
```

Summary of disbursements:

---

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL     |
|--------------------|-----------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED | 14762.96  | .00      | 8079.16   | .00   | 22842.12  |
| PRINCIPAL PAID     | 14762.96  | .00      | .00       | .00   | 14762.96  |
| INTEREST PAID      | .00       | .00      | .00       | .00   | .00       |
| TOTAL PAID         | 14762.96  | .00      | .00       | .00   | 14762.96  |

The Debtor's attorney, STUHR & DRELL           , was allowed $   3000.00
and was paid $    168.00   direct and $   2832.00   through the plan.

The Trustee received $    878.04 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE